WR-61.119-14&15&16

WR-61,119-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/25/2018 11:03 AM
Accepted 5/25/2018 11:29 AM
DEANA WILLIAMSON
CLERK

FILED
COURT OF CRIMINAL APPEALS
5/25/2018
DEANA WILLIAMSON, CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

| | |
|---|---|
| **EX PARTE** § | |
| § | |
| § | **NOS. WR-61,119-14** |
| § | **WR-61,119-15** |
| **BRAD MICHAEL CHILDERS** § | **WR-61,119-16** |

## APPLICANT'S MOTION TO EXPEDITE MANDATE

**NOW COMES** the Applicant, BRAD MICHAEL CHILDERS, and submits this motion to expedite mandate and would show the following

I.

The above styled writ applications alleged the suppression of exculpatory evidence by a state agent. The state and applicant submitted agreed findings to the trial court which were adopted by the trial court. On May 23, 2018, the Court of Criminal Appeals granted the requested relief.

II.

The state and Applicant are prepared to take further action on these cases. For this reason Applicant requests that the court expedite the issuance of the mandate.

III.

Counsel for Applicant, Gary A. Udashen, has conferred with Collin County

Assistant District Attorney John Rolater who has confirmed that the state is agreeable to this motion to expedite the issuance of the mandate.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be granted and that the court expedite the issuance of the mandate.

Respectfully submitted,


_____/s/ Gary A. Udashen_____
GARY A. UDASHEN
Bar Card No. 20369590
gau@udashenanton.com

UDASHEN | ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 fax

Attorney for Applicant


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Applicant's Motion to Expedite Mandate was electronically delivered to the Collin County District Attorney's Office, on this the 25th day of May, 2018.

_____/s/ Gary A. Udashen_____
GARY A. UDASHEN